# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| LARRY BANDY, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | )     No. 3:02-CV-459 |
| | )     (Phillips) |
| TRIGEN-BIOPOWER, INC., | ) |
| | ) |
| Defendant. | ) |

## ORDER

This matter is before the court on plaintiffs' motion to strike defendant's counterclaim, or alternatively for leave to file a reply to the counterclaim [Doc. 148]. In support of the motion, plaintiffs state that defendant filed an amended answer and counterclaim to the original complaint on May 14, 2003. Thereafter, amended complaints were filed by plaintiffs on May 12, 2004, September 16, 2004 and July 27, 2005. None of the answers to the amended complaints re-asserted the original counterclaim. Thus, plaintiffs argue, the answers to the amended complaints supercede the original amended answer and defendant's counterclaim no longer exists. The court does not agree.

The Sixth Circuit has adopted a liberal policy of permitting amendments to ensure the determination of claims on their merits. *Robinson v. Michigan Console Gas Co.,* 918 F.2d 579, 591 (6th Cir. 1990). Further, the Sixth Circuit has stated that the thrust of Rule 15 is to reinforce the principle that cases should be tried on their merits rather than

on the technicalities of pleadings. *Trefft v. Seward,* 689 F.2d 637, 639 (6th Cir. 1982), citing

*Conley v.* Gibson, 355 U.S. 41, 48 (1957). Although this matter is not before the court on

a motion to amend the pleadings, the court finds the reasoning of Rule 15 applicable to

plaintiffs' motion to strike. This case will be tried on its merits, and the court will not strike

defendant's counterclaim on a technicality. Accordingly, plaintiffs' motion to strike is

**DENIED;** however, pursuant to the Sixth Circuit's liberal policy of permitting amendments,

plaintiffs' motion for leave to file a reply to the counterclaim is **GRANTED.**


       **IT IS SO ORDERED**.


                **ENTER:**


                     s/ Thomas W. Phillips
                 United States District Judge

-2-